# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ahzar Saiyed

                           Plaintiff,

v.                                                 Case No.: 1:21–cv–02869
                                                      Honorable Robert M. Dow Jr.

United States of America

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 17, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In an order entered today on the docket of Case No. 20cv5524, this case has been consolidated with Case No. 20cv5524 for all purposes with a consolidated amended complaint to be filed in due course. Accordingly, this case is administratively terminated. Civil case terminated. Emailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.